# THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

**EXHIBIT A**

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

KENNETH WRENN
 **Plaintiff**

V.

RESIDENTIAL CREDIT SERVICES,  ET AL
 **Defendant**

**CASE NO.** CV23975716

**JUDGE** HOLLIE L GALLAGHER

# SUMMONS   SUMC  CM

**Notice ID:**   49896777

| From: | KENNETH  WRENN<br>925 EAST 248TH ST.<br>EUCLID OH 44123 | P1 |
| --- | --- | --- |

| Atty.: | KENNETH  WRENN<br>925 EAST 248TH ST.<br>EUCLID, OH 44123 |
| --- | --- |

| To: | SELECT PORTFOLIO SERVICING<br>P.O. BOX 65250<br>SALT LAKE CITY UT 84165 | D2 |
| --- | --- | --- |

## NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff.  You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.us/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

**Date Sent:** 02/27/2023

**By** _____
**Deputy**

CMSN130



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
**February 25, 2023 15:46**

Confirmation Nbr. 2785920

KENNETH WRENN                                         CV 23 975716

    vs.

                                     **Judge:**  HOLLIE L. GALLAGHER

RESIDENTIAL CREDIT SERVICES,  ET AL

**Pages Filed:**  2

1

2 **IN THE COURT OF COMMON PLEAS**
**CUYAHOGA COUNTY, OHIO**

3

4

5 **KENNETH WRENN (PRO SE),**   Case No.: Number
6 925 EAST 248ᵀᴴ STREET
EUCLID, OHIO 44123
7         Plaintiff,   **BREACH OF ACCOMODATIONS**
8                            **PER AMERICANS WITH**
vs.   **DISABILITIES ACT OF 1990, AS**
9                            **AMENDED**

10 **RESIDENTIAL CREDIT SERVICES**
4282 NORTH FREEWAY   **INFLICTION OF EMOTIONAL**
11 FORT WORTH, TEXAS 76137   **DISTRESS**

12

13 **SELECT PORTFOLIO SERVICING**   **DEFAMATION**
P.O. BOX 65250
14 SALT LAKE CITY, UTAH 84165
15         Defendant

16

17

18         Plaintiff is, and at all herein mentioned, a resident of the City of Euclid,
19
20 County of Cuyahoga, and State of Ohio. Plaintiff is a disabled American by and
21 through Sjorgren's Syndrome, and in need of accommodations. Said disease is a
22
recognized disabling condition by and through the Social Security Administration.
23

24

25

26

27

28 BREACH OF ACCOMODATIONS PER AMERICANS WITH DISABILITIES ACT OF 1990, AS AMENDED
INFLICTION OF EMOTIONAL DISTRESS DEFAMATION - 1

1
2
3
4    Plaintiff complains for relief from lack of accommodations per Americans
with Disabilities Act of 1990, as amended, emotional distress, and defamation, but
not limited to. Sustained on or about April 19, 2011 to current.

5
6
7                                    **DAMAGES**

8    Plaintiff seeks compensatory and punitive damages in the amount of a cost
9
10   not yet known to Plaintiff, plus all fees and costs incurred by Plaintiff in
11   connection with this action(s).
12
13
14
15                                    KENNETH WRENN (PRO SE)
16                                    February 25, 2023
17
18
19
20
21                         **KENNETH WRENN, (PRO SE)**
                                925 East 248th Street
22                              Euclid, Ohio 44123-2407
23                                    216.513.6978
                                  klwrenn@hotmail.com
24
25
26
27
28   BREACH OF ACCOMODATIONS PER AMERICANS WITH DISABILITIES ACT OF 1990, AS AMENDED
     INFLICTION OF EMOTIONAL DISTRESS DEFAMATION - 2

Electronically Filed 02/25/2023 15:46 / / CV 23 975716 / Confirmation Nbr. 2785920 / CLDLJ